**ELLIOTT KWOK LEVINE & JAROSLAW** LLP

Ilene Jaroslaw
ijaroslaw@ekljlaw.com
Direct: +1 (646) 777-4514

565 Fifth Avenue, 7th Floor
New York, NY 10017
tel: +1 (212) 321-0510

www.ekljlaw.com

December 5, 2022

<u>Via ECF</u>

Hon. James M. Wicks
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    *Long Island Housing Services, Inc., et al. v. NPS Holiday Square LLC, et al.*,
    <u>Case No. 18-CV-03583 (DG) (JMW)</u>

Dear Judge Wicks:

  We write in response to the Order issued in this case on November 29, 2022, in which the Court denied defendants' consent motion to seal various documents. The Court further instructed the parties "to file a letter-motion, with supporting citations . . . explaining why each of these documents should be filed under seal in their entirety in accordance with Second Circuit case law."

  The parties have conferred and jointly propose redacting all personal identifying information from the documents in question, and then refiling the redacted documents on the public docket on or before January 6, 2023.

  If this proposal is acceptable to Your Honor, we respectfully request the Court to so order.

        Respectfully submitted,

        */s/ Ilene Jaroslaw*

        Ilene Jaroslaw
        Rachel J. Rodriguez
        ELLIOTT KWOK LEVINE & JAROSLAW LLP
        565 Fifth Ave, 7th Floor
        New York, NY 10017
        (212) 321-0510
        ijaroslaw@ekljlaw.com
        rrodriguez@ekljlaw.com

                    Alisha L. McCarthy
                    HARRIS ST. LAURENT & WECHSLER LLP
                    40 Wall Street, 53rd Floor
                    New York, NY 10005
                    amccarthy@hs-law.com

                    *Attorneys for Defendants*

cc:    All counsel (*Via ECF*)

SO ORDERED:

_____
JAMES M. WICKS
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

December ____, 2022