ELLIOTT KWOK LEVINE & JAROSLAW LLP

Ilene Jaroslaw
ijaroslaw@ekljlaw.com
Direct: +1 (646) 777-4514

565 Fifth Avenue, 7th Floor
New York, NY 10017
tel: +1 (212) 321-0510

www.ekljlaw.com

March 14, 2023

**Via ECF**

The Honorable Diane Gujarati
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

>  *Long Island Housing Services, Inc., et al. v. NPS Holiday Square LLC, et al.*,
> Case No. 18-CV-03583 (DG) (JMW)

Dear Judge Gujarati:

      We write to advise the Court of a development in the litigation. All parties have agreed to submit our dispute to mediation in a good faith effort to resolve the case. The mediation is scheduled for Tuesday, June 6, the earliest date on which the chosen mediator is available. We will report back shortly after the mediation to let the Court know whether a settlement has been reached.

      Respectfully submitted,

Ilene Jaroslaw
Rachel J. Rodriguez
ELLIOTT KWOK LEVINE & JAROSLAW LLP
565 Fifth Ave, 7th Floor
New York, NY 10017
(212) 321-0510
ijaroslaw@ekljlaw.com
rrodriguez@ekljlaw.com

Alisha L. McCarthy
HARRIS ST. LAURENT & WECHSLER LLP
40 Wall Street, 53rd Floor
New York, NY 10005
amccarthy@hs-law.com
*Attorneys for Defendants*

1