UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LONG ISLAND HOUSING SERVICES, INC.; SUFFOLK INDEPENDENT LIVING ORGANIZATION, INC.; DOREEN KERNOZEK; LORI GERARDI, <br><br> Plaintiffs, <br><br> vs. <br><br> NPS HOLIDAY SQUARE LLC; NORTHWOOD VILLAGE, INC.; BRIGHTWATERS GARDENS, INC.; LAKESIDE GARDEN APARTMENTS LLC; NPS PROPERTY CORP.; AND SOUTH SHORE GARDENS, LLC, <br><br> Defendants. | NO. 18-CV-03583-DG-JMW |

## JOINT STATUS REPORT

In accordance with the Court's March 28, 2023 Order, the parties jointly advise the Court as follows:

- On June 6, 2023, the parties participated in a productive mediation and are continuing in good faith to negotiate the terms of a potential settlement.

- The parties jointly request that the Court continue to hold all proceedings in abeyance to allow settlement negotiations to continue, with an updated joint status report to be provided to the Court on or before August 3, 2023.

Dated: July 6, 2023

                                                 Respectfully submitted,

                                                 */s/ Brian Corman*
                                                 Joseph M. Sellers
                                                 Brian Corman

Megan Reif
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
(202) 408-4600
jsellers@cohenmilstein.com
bcorman@cohensmilstein.com
mreif@cohenmilstein.com

*/s/ Thomas Silverstein*
Thomas Silverstein
Edward G. Caspar
Lawyers' Committee for Civil Rights Under Law
1500 K St. NW, Ste. 900
Washington, DC 20005
(202) 662-8600
ecaspar@lawyerscommittee.org
tsilverstein@lawyerscommittee.org

*Attorneys for Plaintiffs*


Ilene Jaroslaw
Rachel J. Rodriguez
ELLIOTT KWOK LEVINE & JAROSLAW LLP
565 Fifth Ave, 7th Floor
New York, NY 10017
(212) 321-0510
ijaroslaw@ekljlaw.com
rrodriguez @ekljlaw.com

*/s/ Alisha L. McCarthy*
Alisha L. McCarthy
HARRIS ST. LAURENT & WECHSLER LLP
40 Wall Street, 53rd Floor
New York, NY 10005
amccarthy@hs-law.com

*Attorneys for Defendants*